**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| ACHING OAK LLC<br><br>Plaintiff<br><br>v.<br><br>SCOTT TURNER, in his official capacity as Secretary of the United States Department of Housing and Urban Development, *et al.*<br><br>Defendants | CASE No. 1:26-cv-03017-MJM |

**RETURN OF SERVICE AFFIDAVIT**

The undersigned hereby certifies as follows:

1. That I am a competent private person over the age of 18 years and am not a party to the above action.

2. That pursuant to Fed. R. Civ. P. 4(j)(2)(B) and MD Rule 2-121(a)(1), on Tuesday, Aug 18, 2026, 11:20 AM, I served upon City of Baltimore S/O Director Of Finance by serving Maria Benton (authorized to accept service) who is an African American woman probably in her mid 40s and was wearing glasses at 100 Holliday St, Baltimore, MD 21202, a copy of the following papers: A copy of the Summons, Complaint, Tax Sale Certificate, Title Report and Affidavit, Notice, and Affidavit of Compliance with Notice Requirement and Verification of Amount to Be Paid to Redeem the Property and all other documents as required under Fed. R. Civ. P. 4(c)(1) and MD Rules 14-502(c) and 14-503(a).

3. The person I left the papers with is authorized to accept service of process on the Defendant's behalf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 10/29/2026.

______________________
Eliezer Yablonovsky
10/29/2026
(872) 222-7377
2833 Smith Ave., #138
Baltimore, MD 21209