**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| ACHING OAK LLC<br><br>Plaintiff<br><br>v.<br><br>SCOTT TURNER, in his official capacity as Secretary of the United States Department of Housing and Urban Development, *et al.*<br><br>Defendants | CASE No. 1:26-cv-03017-MJM |

**RETURN OF SERVICE AFFIDAVIT**

The undersigned hereby certifies as follows:

1. That I am a competent private person over the age of 18 years and am not a party to the above action.

2. That pursuant to Fed. R. Civ. P. 4(j)(2)(B) and MD Rules 2-121(a)(3) and 2-124(j) on 08/15/2026, I served via first class certified mail, return receipt requested, restricted delivery to State of Maryland Office of the Attorney General at 200 St Paul Pl, Baltimore, MD 21202 a copy of the following papers: A copy of the Summons, Complaint, Tax Sale Certificate, Title Report and Affidavit, Notice, and Affidavit of Compliance with Notice Requirement and Verification of Amount to Be Paid to Redeem the Property and all other documents as required under Fed. R. Civ. P. 4(c)(1) and MD Rules 14-502(c) and 14-503(a).

3. The return receipt is attached to this affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 10/29/2026.

Eliezer Yablonovsky
10/29/2026
(872) 222-7377
2833 Smith Ave., #138
Baltimore, MD 21209