**SENDER: COMPLETE THIS SECTION**

■ Ensure items 1, 2, and 3 are completed.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

State of Maryland
Office of the Attorney General
200 Saint Paul Pl
Baltimore MD 21202

9490 9118 9956 1326 0985 17

**2. Article Number** *(Transfer from service label)*
9415 4118 9956 1326 0984 74

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature:** *( ☐ Addressee or ☐ Agent)*

X [signature]

**B. Received By:** *(Printed Name)* Jessica Rinberg

**C. Date of Delivery** 9/11/2026

**D. Is delivery address different from item 1?** ☐ Yes
**If YES, enter delivery address below:** ☐ No

**3. Service Type**

☑ Certified Mail® Restricted Delivery

USPS TRACKING #

9490 9118 9956 1326 0985 17

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

UNITED STATES
POSTAL SERVICE

Steven Tessler
Tess Law
2833 Smith Ave # 138
Baltimore MD 21209-1426

PS Form 3811 Facsimile, July 2015 (SDC 3930) 05/25