**SENDER: COMPLETE THIS SECTION**

■ Ensure items 1, 2, and 3 are complete.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KELLY O. HAYES, in official capacity as
U.S. Attorney for District of Maryland
36 S Charles St Fl 4
Baltimore MD 21201-3020

9490 9118 9956 1326 8258 09

2. Article Number *(Transfer from service label)*
9414 7118 9956 1326 8258 29

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *( ☐ Addressee or ☐ Agent)*
X [signature]

B. Received By: *(Printed Name)* Daesja Barnes

C. Date of Delivery 8/20/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☑ Certified Mail®

USPS TRACKING #

9490 9118 9956 1326 8258 09

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

UNITED STATES
POSTAL SERVICE

(UDC 3930) 05/25

Steven Tessler
Tess Law
2833 Smith Ave # 138
Baltimore MD 21209-1426