**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Todd Blanche, in official capacity as
Attorney General of the United States
950 Pennsylvania Ave NW
Washington DC 20530-0001

9490 9118 9956 1326 8252 74

**2. Article Number** *(Transfer from service label)*
9414 7118 9956 1326 8252 32

X-RAYED #1

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature:** *( ☐ Addressee or ☐ Agent)*
X

**B. Received By:** *(Printed Name)*
AUG 2 8 2026

**C. Date of Delivery**

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

INSPECTED 11

**3. Service Type**

☑ Certified Mail®

USPS TRACKING #

9490 9118 9956 1326 8252 74

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

UNITED STATES
POSTAL SERVICE

Steven Tessler
Tess Law
2833 Smith Ave # 138
Baltimore MD 21209-1426

PS Form 3811 Facsimile, July 2015 (SDC 3930) 05/25