# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Maryland

Case Number: 1:26-CV-3017

Plaintiff: **ACHING OAK LLC**
vs.
Defendant: **SCOTT TURNER, in his official capacity as Secretary of the United States Department of Housing and Urban Development, et al**

For:
Tess Law LLC
2833 Smith Ave #138
Baltimore, MD 21209

Received by Process Server VA LLC to be served on **Scott Turner, in his official capacity as the Secretary of the United States Department of Housing and Urban Development, 2415 Eisenhower Ave, Alexandria, VA 22314.**

I, Maruo Bekhit, do hereby affirm that on the **29th day of October, 2026** at **11:59 am**, I:

served a **FEDERAL AGENCY** by delivering a true copy of the **Summons in a Civil Action, Notice to Interested Parties of Action to Foreclose Right of Redemption, Civil Cover Sheet, Complaint to Foreclose Right of Redemption, Exhibits A- D** with the date and hour of service endorsed thereon by me, to: **Tim Shaw** as **Management Analyst** for **Scott Turner, in his official capacity as the Secretary of the United States Department of Housing and Urban Development**, at the address of: **2415 Eisenhower Ave, Alexandria, VA 22314**, and informed said person of the contents therein, in compliance with Fed. R. Civ. P. 4(i). Actual service location: (38.8022,-77.0703) accuracy 35 m.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: Black, Height: 6'1", Weight: 150, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.
I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true and correct.

**Maruo Bekhit**
Process Server

11/1/26
**Date**

**Process Server VA LLC**
**11654 Plaza America Drive**
**# 217**
**Reston, VA 20190**
**(703) 896-6581**

Our Job Serial Number: PVA-2026002222