UNITED STATES POSTAL SERVICE

# Receipt

Print Date: Oct 29, 2026

## RETURN TO

Steven Tessler
Tess Law
2833 Smith Ave # 138
Baltimore, MD 21209

## SHIP TO

SCOTT TURNER SECRETARY OF HUD
ATTN ASSOC GEN COUNSEL FOR LITIGATION
451 7TH ST SW
Washington, DC 20410

## REFERENCE

| | |
|---|---|
| Ship Date: | Oct 26, 2026 |
| Ship from ZIP: | 21209 |
| Weight: | 0lbs. 4oz. |
| User: | tesslaw |
| Cost Code: | |
| Refund Type: | Mail-in |
| Reference #: | |
| Printed on: | Shipping Label |
| Delivery Status: | In Transit |
| Tracking #: | 9414711899561397658975 |

| SERVICE | UNIT PRICE |
|---|---|
| USPS First-Class Mail® Letter | $1.65 |
| Insurance (Carrier Insurance ($0.00)) | $0.00 |
| Certified Mail | $5.55 |
| Return Receipt | $4.65 |

| | |
|---|---|
| Subtotal | $11.85 |
| Label Quantity | 1 |
| Total Cost | $11.85 |

ALERT: IMPACTS FROM COASTAL FLOODING IN THE SOUTHEAST AND WEST COAST REGION...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9414711899561397658975

Copy Add to Informed Delivery

**Expected Delivery by**

## SATURDAY

**31** October 2026 ⓘ by **9:00pm** ⓘ

Your item arrived at our USPS facility in WASHINGTON DC DISTRIBUTION CENTER on October 28, 2026 at 8:38 am. The item is currently in transit to the destination.

Feedback

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Delivered**

**Out for Delivery**

**Preparing for Delivery**

## On the Way

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 28, 2026 8:38 AM

**Arrived at USPS Facility**

BALTIMORE MD DISTRIBUTION CENTER
October 27, 2026 8:57 PM

**Accepted at USPS Facility**

BALTIMORE, MD 21209
October 27, 2026 7:42 PM

**Shipping Label Created**

BALTIMORE, MD 21209
October 26, 2026 5:42 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# Receipt

Print Date: Oct 29, 2026

**RETURN TO**

Steven Tessler
Tess Law
2833 Smith Ave # 138
Baltimore, MD 21209

**SHIP TO**

SCOTT TURNER SECRETARY OF HUD
ATTN ASSOC GEN COUNSEL FOR LITIGATION
2415 EISENHOWER AVE
Alexandria, VA 22314

**REFERENCE**

| | |
|---|---|
| Ship Date: | Oct 26, 2026 |
| Ship from ZIP: | 21209 |
| Weight: | 0lbs. 4oz. |
| User: | tesslaw |
| Cost Code: | |
| Refund Type: | Mail-in |
| Reference #: | |
| Printed on: | Shipping Label |
| Delivery Status: | In Transit |
| Tracking #: | 9414711899561397658630 |

| SERVICE | UNIT PRICE |
|---|---|
| USPS First-Class Mail® Letter | $1.65 |
| Insurance (Carrier Insurance ($0.00)) | $0.00 |
| Certified Mail | $5.55 |
| Return Receipt | $4.65 |

| | |
|---|---|
| Subtotal | $11.85 |
| Label Quantity | 1 |
| Total Cost | $11.85 |

**ALERT: IMPACTS FROM COASTAL FLOODING IN THE SOUTHEAST AND WEST COAST REGION...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**9414711899561397658630**

Copy Add to Informed Delivery

**Expected Delivery by**

**SATURDAY**

**31** October 2026 ⓘ

by **9:00pm** ⓘ

Your item arrived at our USPS facility in BALTIMORE MD DISTRIBUTION CENTER on October 27, 2026 at 8:40 pm. The item is currently in transit to the destination.

Feedback

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Delivered**

**Out for Delivery**

**Preparing for Delivery**

## On the Way

**Arrived at USPS Facility**

BALTIMORE MD DISTRIBUTION CENTER
October 27, 2026 8:40 PM

**Accepted at USPS Facility**

BALTIMORE, MD 21209
October 27, 2026 7:25 PM

**Shipping Label Created**

BALTIMORE, MD 21209
October 26, 2026 5:43 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**