**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| ACHING OAK LLC<br><br>Plaintiff<br><br>*v.*<br><br>SCOTT TURNER, in his official capacity as Secretary of the United States Department of Housing and Urban Development**,** *et al.*<br><br>Defendants | CASE No. 1:26-cv-03017-MJM |

## AFFIDAVIT OF PROPERTY POSTING

I, Yisroel Schaffel, whose business address is 2833 Smith Ave., #138 Baltimore, MD 21209, state under penalty of perjury that on Wednesday, Oct 7, 2026, 1:38 PM I posted on the Property known as 501 ROSE HILL TERR BALTIMORE 21218-1239 (being known as Ward - 09 Section - 01 Block - 3903 Lot - 026) with an SDAT Legal Description of 24X95-4 a copy of the Court Issued Notice, the Complaint, Tax Sale Certificate, Title Report and Affidavit, Notice, and Affidavit of Compliance with Notice Requirement and Verification of Amount to Be Paid to Redeem the Property and all other documents as required under MD Rule 14-503(c).

The aforementioned documents were posted on the front of the property in a conspicuous place. Attached are photographs of the location showing the posted notice.

I am over the age of 18, not a party to the action, and competent to testify. I declare under penalty of perjury that the foregoing is true and correct. Executed on 10/29/2026.

Yisroel Schaffel
(872) 222-7377
2833 Smith Ave., #138
Baltimore, MD 21209
10/29/2026