
501
CAUTION