Maryland The Daily Record
200 St. Paul Place
Baltimore, MD, 21202
Phone: 4435248100

MARYLAND
THE DAILY RECORD

# Affidavit of Publication

To: Tess Law LLC - Steven Tessler
2833 Smith Avenue, , #138,
Baltimore, MD, 21209

Re: Legal Notice 4191628,

501 Rose Hill Terr, Baltimore 21218

We hereby certify that the annexed advertisement was published in Maryland The Daily Record, a Daily newspaper published
in the State of Maryland 3 time(s) on the following date(s):
08/28/2026, 09/04/2026, 09/11/2026

By

Joy Hough
Authorized Designee of the Publisher

**Tess Law LLC**
2833 Smith Avenue, #138,
Baltimore, Maryland 21209

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND - Case No. 1:26-cv-3017 - Aching Oak LLC, c/o Tess Law LLC, 2833 Smith Avenue, #138, Baltimore, Maryland 21209, Plaintiff v. Scott Turner, in his official capacity as Secretary of the United States Department of Housing and Urban Development, 451 Seventh Street, S.W., Washington, DC 20410, Kelly O. Hayes, in her official capacity as United States Attorney for the District of Maryland, United States Attorney's Office, 36 S. Charles Street, 4th Floor, Baltimore, MD 21201, Todd Blanche, in his official capacity as Attorney General of the United States, U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, DC 20530-0001, Baltimore City Department of Public Works, 100 Holliday St, Baltimore, MD 21202, City of Baltimore, S/O Director Of Finance 100 Holliday St, Baltimore, MD 21202, State of Maryland, Office of the Attorney General 200 St Paul Pl, Baltimore, MD 21202, The Mayor and City Council of Baltimore City, S/O City Solicitor 100 Holliday St, Baltimore, MD 21202, All unknown owners of the property

# 501 Rose Hill Terr, Baltimore 21218

being known as Ward - 09 Section - 01 Block - 3903 Lot - 026 with a legal description of 24X95-4 on the Tax Roll of the Director of Finance, the unknown owner's heirs, devisees, and personal representatives and their or any of their heirs, devisees, executors, administrators, grantees, assigns, or successors in right, title and interest and any and all persons having or claiming to have any interest in the property.

Defendants

# Order of Publication

The object of this proceeding is to secure foreclosure of all rights of redemption from tax sale on the property known as 501 Rose Hill Terr, Baltimore 21218 being known as Ward - 09 Section - 01 Block - 3903 Lot - 026 with a legal description of 24X95-4 on the Tax Roll of the Director of Finance sold by the Finance Officer of Baltimore City, State of Maryland to Aching Oak LLC, the Plaintiff.

A description of the property in substantially the same form as the description appearing on the Certificate of Tax Sale is as follows: 501 Rose Hill Terr Baltimore 21218 being known as Ward - 09 Section - 01 Block - 3903 Lot - 026 with a legal description of 24X95-4 on the Tax Roll of the Director of Finance.

The Complaint states, among other things, that the amount necessary for redemption has not been paid.

It is thereupon this 10th day of August, 2026, by the United States District Court for the District of Maryland, ORDERED that notice be given by the insertion of a copy of this Order in The Daily Record, a newspaper having general circulation in Baltimore City, once a week for three successive weeks, warning all persons interested in the property to appear before this Court by the 12th day of October, 2026, and redeem the property and answer the Complaint or thereafter a final judgment will be entered foreclosing all rights of redemption in the property, and vesting title to the property in Plaintiff, free of all liens and encumbrances.

MATTHEW J. MADDOX,
United States District Judge

au28,s4,11 4191628