**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

ACHING OAK LLC

*Plaintiff*

*v.*

SCOTT TURNER, in his official capacity as Secretary of the United States Department of Housing and Urban Development, et al.

*Defendants*

CASE No. 1:26-cv-03017-MJM

**JUDGMENT FORECLOSING THE RIGHT OF REDEMPTION**

The proceedings in the above captioned case having been read and considered, the Court finds that all known defendants were properly served or given notice in accordance with Md. Code Tax-Property § 14-839, and were also notified by an Order of Publication issued out of this Court, that the time limit set in the Order of Publication and summons have expired, and that the property has not been redeemed by any party in interest. It is therefore

**ORDERED** this ____ day of ___________________, 202__, that judgment be and is hereby entered in favor of Plaintiff, foreclosing the right of redemption in the property 501 ROSE HILL TERR BALTIMORE 21218 (being known as Ward - 09 Section - 01 Block - 3903 Lot - 026) with an SDAT Legal Description of 24X95-4 on the Tax Rolls of the Director of Finance.) and it is further

**ORDERED** that Plaintiff is vested with an absolute and indefeasible fee simple title, free and clear of all alienations and descents of the property occurring before the date of the judgment and encumbrances on the property, specifically including all water bills and other County liens that accrued prior to the date of the sale, except taxes and municipal liens that have accrued after the date of the sale and easements of record and any other easement to which the property is subject that may be observed by an inspection of the property; and it is further

**ORDERED** that the Director of Finance shall execute a Deed to the Plaintiff, his successors or assigns, in accordance with the provisions of Md. Code Tax-Property §§ 14-831, 14-847; and it is further

**ORDERED** that the Supervisor of Assessments of Baltimore City shall enroll Plaintiff as the fee simple owner of the above-described property.

Clerk is directed to close the case.

Plaintiff to pay open court costs.

________________________________

United States District Judge