**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| ACHING OAK LLC<br><br>*Plaintiff*<br>*v.*<br><br>SCOTT TURNER, in his official capacity as Secretary of the United States Department of Housing and Urban Development, et al.<br><br>*Defendants* | CASE No. 1:26-cv-03017-MJM |

**ORDER DIRECTING REDEMPTION BY THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT**

The proceedings in the above captioned case having been read and considered, the Court finds that all known defendants were properly served or given notice in accordance with Md. Code Tax-Property § 14-839, and were also notified by an Order of Publication issued out of this Court, that the time limit set in the Order of Publication and summons have expired, and that the property has not been redeemed by any party in interest, and that federal law prevents foreclosure of the interest of the United States in the property through the ordinary Maryland tax-sale process. It is therefore

**ORDERED** this ____ day of __________________, 202__, that the Secretary of Housing and Urban Development shall, within sixty (60) days of the date of this Order, cause to be redeemed the property 501 ROSE HILL TERR BALTIMORE 21218 (being known as Ward - 09 Section - 01 Block - 3903 Lot - 026) with an SDAT Legal Description of 24X95-4 on the Tax Rolls of the Director of Finance, by paying to Plaintiff the full redemption amount of $2,966.62, plus interest at the statutory rate from the date of sale to the date of redemption, and all expenses, attorneys' fees, and subsequent taxes recoverable under Md. Code Tax-Property §§ 14-828 and 14-843; and it is further

**ORDERED** that the lien evidenced by the Certificate of Tax Sale is valid under 12 U.S.C. § 1714 and Maryland law, and survives any sale, transfer, or other disposition of the property by the Secretary until the redemption amount is paid in full; and it is further

**ORDERED** that if the property is not redeemed within sixty (60) days of the date of this Order, Plaintiff may move for entry of judgment foreclosing the right of redemption or for other further relief.

______________________________
United States District Judge